JACOB WUSYK, appellant,

v.

FRANCES WUSYK, respondent.

[Submitted May term, 1935. Decided October 9th, 1935.]

*Mr. Morris G. Fredman,* for the appellant.

*Mr. Louis Hoberman,* for the respondent.

PER CURIAM.

Our examination of the proofs presented in this case convinces us that the decree entered in the court below was justified, and it is, therefore, affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 15.

*For reversal*—None.